UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN ZHENG, et al., | CV 18-8387 PA (JEMx) |
| Plaintiffs, | JUDGMENT OF DISMISSAL |
| v. | |
| NAN LI, et al. | |
| Defendants. | |

In accordance with the Court's March 1, 2019 minute order denying the Motion for Default Judgment filed by plaintiffs Jean Zheng and 101 Club Global, Inc. ("Plaintiffs") and dismissing the Action for lack of personal jurisdiction over Nan Li ("Defendant"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: March 1, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE